UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

1263 4TH STREET SOUTH
INVESTMENTS, LLC and 219 7TH
AVENUE INVESTMENTS, LLC, a
Florida limited liability company

       Plaintiffs,

v.                                                  Case No:   2:16-cv-103-FtM-99CM

D.A. GEORGE & SONS
CONSTRUCTION, INC.,

       Defendant.
_____

## ORDER

Before the Court is Defendant's Agreed Motion for Extension of Time to Respond to Dkt. #1 and #13 (Doc. 21), filed on May 25, 2016. Defendant seeks a 20-day extension, up to and including May 25, 2016, to respond to Plaintiffs' Complaint (Doc. 1) and Plaintiffs' Motion for Permanent Injunction and Memorandum of Law (Doc. 13).   Doc. 21.  As grounds, the parties state that they believe that they have reached a settlement, but they are working to finalize the terms.  *Id.*   In compliance with Local Rule 3.01(g), the motion states that Plaintiffs do not oppose the extension. *Id.*

This is the fifth motion seeking to extend the deadline for Defendant to respond to Plaintiffs' Complaint and the fourth motion to extend to the deadline to respond to Plaintiffs' Motion for Permanent Injunction.  *See* Docs. 10, 15, 17, 19, 21.   Although the motion is unopposed, the Court previously cautioned the parties that absent

extenuating circumstances, the Court will not be inclined to grant any additional extensions. Doc. 20. Defendant has not provided the Court with any evidence indicating extenuating circumstances which warrant an additional extension to respond to Plaintiffs' Complaint and Plaintiffs' Motion for Permanent Injunction. Accordingly, the Court is not inclined to provide Defendant with an additional 20-day extension. The Court will allow Defendant seven days to respond to Plaintiffs' Complaint and Plaintiffs' Motion for Permanent Injunction.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Agreed Motion for Extension of Time to Respond to Dkt. #1 and #13 (Doc. 21) is **GRANTED in part**. Defendant shall have up to and including **June 2, 2016** to respond to Plaintiffs' Complaint (Doc. 1) and Plaintiffs' Motion for Permanent Injunction and Memorandum of Law (Doc. 13).

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record